UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROY LEE JONES** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 11-875** |
| **N. BURL CAIN, WARDEN** | **SECTION: "B"(5)** |

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore, **IT IS ORDERED** that the petition of Roy Lee Jones for issuance of a writ of habeas corpus under 28 U.S.C. §2254, is hereby **TRANSFERRED** to the United States District Court for the Western District of Louisiana.

New Orleans, Louisiana, this 24th day of October, 2011.

_[signature]_
_____
UNITED STATES DISTRICT JUDGE