RECEIVED
IN ALEXANDRIA, LA.

FEB 29 2012

TONY R. MOORE, CLERK
BY_____
        DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ROY LEE JONES (LA.DOC.#98435) | DOCKET NO. 11-CV-1905; SEC. P |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| WARDEN | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that hte findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this Petition for Writ of Habeas Corpus be **DISMISSED WITHOUT PREJUDICE** until such time as Petitioner obtains authorization to proceed from the United States Court of Appeals for the fifth Circuit.

Thus done and signed at Lafayette, Louisiana, this 29th day of February, 2012.

JUDGE JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE